**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **NICK R. DUNN, individually and on behalf of all persons similarly situated,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| **v.** ) ) | **CAUSE NO. 07-CV-298-WDS** |
| **PENSION PLAN FOR SALARIED EMPLOYEES OF CONTINENTAL AUTOMOTIVE, INC., et al.,** ) ) ) ) | |
| **Defendants.** ) | |

**O R D E R**

**STIEHL, District Judge:**

The undersigned judge **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: May 2, 2007.**

                                                **s/ WILLIAM D. STIEHL**
                                                   **DISTRICT JUDGE**

Case reassigned to United States District Judge David R. Herndon. All future pleadings shall bear Case No. 07-298-DRH.